THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* VERSIE GILMORE, Defendant-Appellant.

(No. 58610; )

First District (3rd Division)—March 21, 1974.

PER CURIAM.
MEJDA, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.